*Herman Hoffman* and *Samuel J. Joseph* for appellant.

*Charles B. McLaughlin, District Attorney (Sol. Boneparth, Herman J. Fliederblum* and *Israel J. P. Adlerman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN RESKO, Appellant.

(Argued October 8, 1931; decided November 17, 1931.)

*James A. Sullivan, Herman Albert* and *William P. Thomas* for appellant.

*Charles B. McLaughlin, District Attorney (Sol. Boneparth, Herman J. Fliederblum* and *Samuel J. Foley* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.